Order entered June 1, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00488-CR

## EX PARTE ROBERT DILLARD

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F12-28264-S**

## ORDER

The record in this case shows that, following a hearing on appellant's pretrial application for writ of habeas corpus on April 13, 2015, the trial court orally denied appellant's requested relief. The clerk's record, however, does not contain the trial court's written order denying the relief.

Accordingly, this Court **ORDERS** the trial court to sign, within **SEVEN DAYS** of the date of this order, a written order reflecting the April 13, 2015 ruling on appellant's application for writ of habeas corpus.

We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record that contains the written order denying the pretrial application for writ of habeas corpus.

Additionally, we note that appellant is charged by indictment with solicitation of a minor under section 15.031(b) of the Texas Penal Code. Nevertheless, his brief identifies the

complaining witness by her full name. Accordingly, we **STRIKE** appellant's brief and order it redrawn to use only the child's initials. We **ORDER** appellant to file his amended brief within **FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Amber Givens-Davis, Presiding Judge, 282nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE